72,906-05

Cause N: W. 214-80280-04-HC4
AND  WR-72,906-05

March 20, 2015
Name, Eloy Diaz Gonzalez
Place of Confinement: Ramsey unit 1100 FM.655
               Rosharou, tk 77583

   TDC. CID: 1652026
         V:

Abel Acosta Cler
Court of Criminal Appeals of texA
   P.O, Box 12308, Capitol Station
   Austin texas  78711

this is to acknowledge Receipt of your Correspondenc
date 2/26/2015: On this day  March 12 2015

the application for M. 07 writ of Habeas
  Corpus

               Eloy Diaz Gonzalez
               TDC CID Nov : 1652026
               March 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk